# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10 CV 606

| | |
|---|---|
| NICHOLAS KING, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>LINCOLN NATIONAL LIFE )<br>INSURANCE CO., et al, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Nicholas J. Voelker's Application for Admission to Practice *Pro Hac Vice* of John M. Scannapieco. It appearing that John N. Scannapieco is a member in good standing with the Tennessee Bar and will be appearing with Nicholas J. Voelker, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Nicholas J. Voelker's Application for Admission to Practice *Pro Hac Vice* (#3) of John M. Scannapieco is **GRANTED**, and that John M. Scannapieco is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Nicholas J. Voelker.

Signed: December 10, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge