IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10 CV 606

| | |
|---|---|
| NICHOLAS KING, ) | |
| ) | |
|    Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY AND LINCOLN ) | |
| NATIONAL CORPORATION, ) | |
| ) | |
|    Defendants. ) | |

**THIS MATTER** is before the undersigned pursuant to a certification of Sarah J. Kromer, mediator in this matter. In the certification (#15), Ms. Kromer advises that all issues in dispute between the parties have been settled and "Counsel will promptly notify the Court of settlement by the filing a Stipulation of Dismissal with Prejudice within thirty (30) days of the filing of this report". As a result, the undersigned will enter an Order directing that the parties shall file the Stipulation of Dismissal with Prejudice on or before November 21, 2011.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the parties in this matter shall file a Stipulation of Dismissal with Prejudice on or before **November 21, 2011.**

Signed: November 3, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge